

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause number:           01-18-00429-CV

Style:                  Herman Miller v.

                        **v** Pawnee Leasing Corporation.

Date motion filed*:     June 28, 2018

Type of motion:         Motion for extension of time to file appellant's brief

Party filing motion:    Appellant

Document to be filed:   Appellant's Brief

Is appeal accelerated? No

If motion to extend time:

    Original due date:

    Number of previous extensions granted:          0          Current Due date:

    Date Requested:

Ordered that motion is:

    ☐Granted

        If document is to be filed, document due:

        ☐    The Court will not grant additional motions to extend time

    ☐Denied

    ☐ Dismissed (*e.g.*, want of jurisdiction, moot)

    ☒Other: _____

    **No deadline for the filing of appellant's brief has been set because the complete appellate record has not yet been filed.** *See* **TEX. R. APP. P. 38.6(a).** **Accordingly, we dismiss appellant's motion as moot.**

Judge's signature:/s/ Sherry Radack
        ☒ Acting individually    ☐ Acting for the Court

Panel consists of_____

Date: July 19, 2018